#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ABBAS TALEBLOO | CIVIL ACTION |
| VERSUS | NO:    11-717 |
| GEICO GENERAL INSURANCE COMPANY, ET AL. | SECTION: "S" (3) |

#### ORDER

Before the Court is a **Motion to Compel [Doc. #13]** filed by plaintiff, Abbas Talebloo ("Talebloo"), seeking an Order compelling defendant, GEICO General Insurance Company ("GEICO"), to produce records in its claims file. GEICO opposes the motion. [Doc. #15]. This motion was heard with oral argument before Magistrate Judge Roby on **Wednesday, June 15, 2011**. After the oral hearing, Magistrate Judge Roby recused herself [Doc. #19], and the Court reassigned this matter to the undersigned. Having reviewed the motion, the opposition, the case law and the parties' oral arguments, the Court rules as follows.

This diversity action was removed to the Eastern District of Louisiana on April 4, 2011 and arises out of a vehicle collision on March 26, 2010, in New Orleans, Louisiana. The driver of one of the vehicles, defendant Amie Roberts, was at fault for the accident after she ran a stop sign. Roberts was underinsured.

Talebloo had an insurance policy in effect at the time of collision that furnishes underinsured motorist coverage. Talebloo claims that State Farm arbitrarily and capriciously failed to pay him

under the policy after he provided a satisfactory proof of loss in contravention of Louisiana Revised Statutes §§ 22:1973 and 22:1892.

As to the motion here, Talebloo issued a subpoena for documents on GEICO which requested various documents from his claims file. [Doc. #13-4]. The subpoena required compliance on March 1, 2011. [*Id.*] Talebloo contends that these documents relate to his claim that GEICO was arbitrary and capricious in failing to timely tender payment for his injuries. Alternatively, Talebloo asks that GEICO be barred from calling its adjuster to testify about its evaluation and analysis of Talebloo's claims. GEICO opposes the motion.

On June 15, 2011, the parties participated in oral argument before Magistrate Judge Roby on this matter. Counsel for GEICO conceded that several of the documents contained in the claims file are discoverable. However, at the time of the hearing, GEICO had not disclosed any of these documents to plaintiff or provided a privilege log.

As a result, Magistrate Judge Roby ordered GEICO to produce the documents from the claims file that are responsive to plaintiff's requests. To the degree that GEICO believes these documents to be privileged, Magistrate Judge Roby ordered GEICO to supply a privilege log to opposing counsel and to the undersigned. This Court agrees. After receipt of the privilege log, and should plaintiff dispute the documents withheld on the ground of privilege, plaintiff shall file the appropriate motion with this Court, which the Court shall resolve accordingly.

For the reasons stated above,

**IT IS ORDERED** that the **Motion to Compel [Doc. #13]** is GRANTED to the extent that GEICO shall produce the documents from the claims file that are responsive to plaintiff's requests within **fifteen (15) days** from the date of this Order. To the degree that GEICO believes any responsive documents to be privileged, GEICO must supply a privilege log to opposing counsel.

New Orleans, Louisiana, this 21st day of June, 2011.

                                         **DANIEL E. KNOWLES, III**
                                    **UNITED STATES MAGISTRATE JUDGE**